Michael R. Brooks (Bar No. 007287)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: 702.385.2500     Fax:  702.385.2086
E-mail:  mbrooks@hutchlegal.com

Nancy Jerian Marr (*Pro Hac Vice* in Progress)
(California State Bar No. 143248)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600     Fax:  213.236.2700
E-mail:  nmarr@bwslaw.com

Attorneys for Defendant Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEHILA DASHEFF, an individual,<br><br>             Plaintiff,<br><br>       v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation, DOES I through X; ROE CORPORATIONS I through X,<br><br>             Defendants. | Case No. 2:23-cv-00816-CDS-DJA<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[First Request]** |

     Plaintiff Tehila Dasheff ("Plaintiff"), through her counsel, Brian W. Boschee and Eliyahu Bergida of the law firm of Holley Driggs, and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through its counsel, Michael R. Brooks of the law firm of Hutchison & Steffen, PLLC/Nancy J. Marr of the law firm of Burke, Williams & Sorensen, LLP (*Pro Hac Vice* in progress), hereby respectfully submit this Stipulation, Request and Order to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is

1  made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court.

2  This is the first request for an extension of time for Hartford to file an answer or otherwise respond

3  to Plaintiff's Complaint. No prior extensions have been requested in this case.

4       Hartford was served with Plaintiff's Complaint on April 26, 2023, making its responsive

5  pleading initially due on May 26, 2023. Defendant Hartford filed its Notice of Removal on

6  May 25, 2023, making its responsive pleading due June 1, 2023. The instant extension is requested

7  for the following reasons:  Hartford's counsel just received notice of the Complaint on May 15,

8  2023, has associated local resident counsel, and requires additional time to apply for *pro hac vice*

9  admission to this Court. The parties have begun, and will require additional time, to meet and

10 confer regarding the issue of ERISA governance and preemption, which will determine the type of

11 responsive pleading Hartford intends, whether motion to dismiss under F.R.C.P. 12(b)(6) or

12 answer. Counsel for Hartford will require additional time to review the file in order to prepare a

13 responsive pleading to Plaintiff's Complaint, which may take time given the issues raised in the

14 Complaint and the nature of the file.

15      Upon agreement by and between all the parties hereto as set forth herein, the undersigned

16 respectfully requests this Court grant an extension of time, up to and including June 22, 2023, for

17 Hartford to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 31st day of May, 2023.

| HOLLEY DRIGGS | HUTCHISON & STEFFEN, PLLC |
|---|---|
| By */s/ Brian W. Boshchee*<br>Brian W. Boschee (Bar No. 7612)<br>Eliyahu Y. Bergida (Bar No. 16197)<br>HOLLEY DRIGGS<br>300 S. Fourth St., Suite 1600<br>Las Vegas, NV  89101<br>Tel:  702.791.0308<br>E-mail:  bboschee@nevadafirm.com;<br>ebergida@nevadafirm.com<br>Attorneys for Plaintiff Tehila Dasheff | By   */s/ Michael R. Brooks*<br>Michael R. Brooks (Bar No. 007287)<br>HUTCHISON & STEFFEN, PLLC<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV  89145<br>Tel:  702.385.2500<br>E-mail:  mbrooks@hutchlegal.com<br><br>Nancy Jerian Marr, *(Pro Hac Vice* in Progress*)*<br>BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, California 90071-2953<br>Tel. 213.236.0600<br>E-mail:  nmarr@bwslaw.com<br>Attorneys for Defendant Hartford Life and Accident Insurance Company |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 1, 2023