Michael R. Brooks (Bar No. 007287)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: 702.385.2500     Fax: 702.385.2086
E-mail: mbrooks@hutchlegal.com

Nancy Jerian Marr (*Pro Hac Vice*)
(California State Bar No. 143248)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700
E-mail: nmarr@bwslaw.com

Attorneys for Defendant Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEHILA DASHEFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation, DOES I through X; ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:23-cv-00816-CDS-DJA<br><br>**STIPULATION, REQUEST AND ORDER FOR EXTENSION OF TIME FOR HARTFORD TO RESPOND TO COMPLAINT**<br><br>**[Second Request]** |

Plaintiff Tehila Dasheff ("Plaintiff"), through her counsel, Brian W. Boschee and Eliyahu Bergida of the law firm of Holley Driggs, and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through its counsel, Michael R. Brooks of the law firm of Hutchison & Steffen, PLLC/Nancy J. Marr of the law firm of Burke, Williams & Sorensen, LLP (*Pro Hac Vice*), hereby respectfully submit this Stipulation, Request and Order For Amended Complaint and Responsive Pleading (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1,

1  LR IA 6-2, and LR 7-1 of the Local Rules of this Court. This is the second request for an
2  extension of time for Hartford to file an answer or otherwise respond to Plaintiff's Complaint.
3        Defendant Hartford was served with Plaintiff's Complaint on April 26, 2023, making its
4  responsive pleading initially due on May 26, 2023. Hartford filed its Notice of Removal on
5  May 25, 2023, making its responsive pleading due June 1, 2023. The parties stipulated to a first
6  extension of time for Hartford's responsive pleading in part to allow the parties additional time to
7  meet and confer on a possible Motion to Dismiss the Complaint under F.R.C.P. 12(b)(6) on the
8  basis of ERISA preemption and to explore settlement. The Court ordered Hartford's responsive
9  pleading due to be filed on or before June 22, 2023.
10       Since that time, the parties have met and conferred on this case, and agree that Plaintiff
11 will amend her Complaint to assert only claim(s) under ERISA, 29 U.S.C. §§ 1001 *et seq.* and
12 Hartford will have an extension of time to file its responsive pleading. The parties are exploring
13 the possibility of settlement, and seek the extension of time for pleading also in an effort to avoid
14 the unnecessary expenditure of resources. For all of these reasons, and good cause therefor, the
15 parties stipulate and respectfully request that the Court order:

16     (1)    Plaintiff Dasheff will file a First Amended Complaint under ERISA, 29 U.S.C. §§
17           1001 *et seq.* on or by June 29, 2023; and,
18     (2)    Defendant Hartford will have an extension of time to file its response to the
19           Complaint or the First Amended Complaint, whether by motion or answer, on or by
20           July 14, 2023.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1       By entering into this Stipulation, none of the parties waive any rights they have under

2 statute, law or rule with respect to Plaintiff's Complaint.

3       DATED this 20th day of June, 2023.

| HOLLEY DRIGGS | HUTCHISON & STEFFEN, PLLC |
|---|---|
| By */s/ Brian W. Boschee* <br> Brian W. Boschee (Bar No. 7612) <br> Eliyahu Y. Bergida (Bar No. 16197) <br> HOLLEY DRIGGS <br> 300 S. Fourth St., Suite 1600 <br> Las Vegas, NV  89101 <br> Tel:  702.791.0308 <br> E-mail:  bboschee@nevadafirm.com; <br> ebergida@nevadafirm.com <br> Attorneys for Plaintiff Tehila Dasheff | By */s/ Michael R. Brooks* <br> Michael R. Brooks (Bar No. 007287) <br> HUTCHISON & STEFFEN, PLLC <br> 10080 West Alta Drive, Suite 200 <br> Las Vegas, NV  89145 <br> Tel:  702.385.2500 <br> E-mail:  mbrooks@hutchlegal.com <br><br> Nancy Jerian Marr, *(Pro Hac Vice* in Progress*)* <br> BURKE, WILLIAMS & SORENSEN, LLP <br> 444 South Flower Street, Suite 2400 <br> Los Angeles, California 90071-2953 <br> Tel. 213.236.0600 <br> E-mail:  nmarr@bwslaw.com <br> Attorneys for Defendant Hartford Life and Accident Insurance Company |

**ORDER**

IT IS ~~SO~~ ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 23, 2023