Michael R. Brooks (Bar No. 007287)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: 702.385.2500   Fax: 702.385.2086
E-mail: mbrooks@hutchlegal.com

Nancy Jerian Marr (*Pro Hac Vice*)
(California State Bar No. 143248)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700
E-mail: nmarr@bwslaw.com

Attorneys for Defendant Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEHILA DASHEFF, an individual,<br><br>Plaintiff<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation, DOES I through X; ROE CORPORATIONS I through X,<br><br>Defendants | Case No. 2:23-cv-00816-CDS-DJA<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER** |

TO THE HONORABLE COURT:

The parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety. The parties hereby stipulate that this action shall be dismissed in its entirety with prejudice as to all parties. Each party shall bear their own attorneys' fees and costs.

///

///

///

The parties respectfully request that the court vacate all case management deadlines and close this case. IT IS SO STIPULATED.

DATED this 27th day of July, 2023.

| HOLLEY DRIGGS | HUTCHISON & STEFFEN, PLLC |
|---|---|
| By /s/ Brian W. Boschee<br>Brian W. Boschee (Bar No. 7612)<br>Eliyahu Y. Bergida (Bar No. 16197)<br>HOLLEY DRIGGS<br>300 S. Fourth St., Suite 1600<br>Las Vegas, NV 89101<br>Tel: 702.791.0308<br>E-mail: bboschee@nevadafirm.com;<br>ebergida@nevadafirm.com<br>Attorneys for Plaintiff Tehila Dasheff | By /s/ Nancy J. Marr<br>Nancy Jerian Marr, *(Pro Hac Vice)*<br>BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, California 90071-2953<br>Tel. 213.236.0600<br>E-mail: nmarr@bwslaw.com<br>Attorneys for Defendant Hartford Life and Accident Insurance Company<br><br>Michael R. Brooks (Bar No. 007287)<br>HUTCHISON & STEFFEN, PLLC<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>Tel: 702.385.2500<br>E-mail: mbrooks@hutchlegal.com |

**ORDER**

IT IS SO ORDERED.

_____
HON. CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: July 28, 2023